JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KRISTEN KOIS, an individual,

    Plaintiff,

v.

PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, a business entity form unknown, and DOES 1 through 50, inclusive.

    Defendants.

Case No. 2:25-cv-03967-WLH-MAA

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED** that this action be **DISMISSED** with prejudice as to all claims, causes of action, and parties.

DATED:    June 8, 2026

                                    _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-1-